UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHICAGO TITLE, ) | |
| ) | |
| Plaintiff, ) | 2:08-cv-01078-LRH-VPC |
| ) | |
| vs. ) | |
| ) | ORDER OF DISMISSAL WITHOUT |
| PACIFIC HOLDINGS, LLC., *et al.*, ) | PREJUDICE PURSUANT TO LOCAL |
| ) | RULE 41-1 |
| Defendants. ) | |
| ) | |

    It appearing to the Court that this action has been pending in this Court for more than NINE (9) MONTHS without any proceeding having been taken therein during such period; now therefor,

    IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is, dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1.

    DATED this 23rd day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE