UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

CHICAGO TITLE,

    Plaintiff,

vs.

PACIFIC HOLDINGS, LLC., *et al.*,

    Defendants.

2:08-cv-01078-LRH-VPC

ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO LOCAL RULE 41-1

    It appearing to the Court that this action has been pending in this Court for more than NINE (9) MONTHS without any proceeding having been taken therein during such period; now therefor,

    IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is, dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1.

    DATED this 23rd day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE